Division, Second Department. June 18, 1909.) Action by Herman A. Wagner and others against Morris Wortis and others. No opinion. Judgment affirmed, with costs.

WAINSTEIN et al., Respondents, v. S. FOX CONST. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 11, 1909.) Action by Abraham Wainstein and another against the S. Fox Construction Company. No opinion. Motion to dismiss appeal denied, without costs.

WALL, Respondent, v. STANFIELD et al., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 6, 1909.) Action by James B. Wall against Thomas C. Stanfield and another.

PER CURIAM. Judgment affirmed, with costs.

KRUSE, J., not sitting.

WALLACE et al., Appellants, v. DIEHL et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 15, 1909.) Action by Margaretta Wetherill Wallace and William E. Diehl, as executors, etc., against Charles W. Diehl and others. No opinion. Interlocutory judgment, in so far as appealed from, affirmed, with costs.

WALSH, Respondent, v. CONEY ISLAND & B. R. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by William L. Walsh, an infant, by Mary Walsh, his guardian ad litem, against the Coney Island & Brooklyn Railroad Company and another. No opinion. Judgment and order unanimously affirmed, with costs.

WARREN, Respondent, v. CLERGUE, Appellant. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by Charles D. Warren against Francis H. Clergue. C. E. Littlefield, for appellant. A. Benedict, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WARREN v. CRAMP & CO. et al. (Supreme Court, Appellate Division, Second Department. June 11, 1909.) Action by William S. Warren against Cramp & Co. and others. No opinion. Motion to dismiss appeal granted, with costs.

WASON, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Edith I. Wason against the City of New York. No opinion. Order affirmed, with $10 costs and disbursements.

WATKINS, Appellant, v. DELAHUNTY, Respondent. (Supreme Court, Appellate Divi-

sion, Second Department. October 12, 1909.) Action by Thomas C. Watkins against John Delahunty. No opinion. Motion to resettle order granted. See, also, 117 N. Y. Supp. 885.

WEAVER, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 13, 1909.) Action by Barton Weaver against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

WEBSTER, Appellant, v. COLUMBIAN NAT. LIFE INS. CO., Respondent. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Anna C. M. Webster against the Columbian National Life Insurance Company. J. J. Crawford, for appellant. J. H. Choate, Jr., for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

LAUGHLIN, J., dissents. See, also, 116 N. Y. Supp. 404.

WELLS, Respondent, v. HOWARD et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Charles M. Wells against William J. Howard and another. No opinion. Motion to resettle order granted, without costs.

WESTCOTT CHUCK CO., Appellant, v. ONEIDA NAT. CHUCK CO., Respondent. (Supreme Court, Appellate Division, Third Department. June 24, 1909.) Action by the Westcott Chuck Company against the Oneida National Chuck Company.

PER CURIAM. Judgment affirmed, with costs. See, also, 122 App. Div. 260, 106 N. Y. Supp. 1016.

CHESTER, J., dissents.

WESTERN NEW YORK & P. TRACTION CO., Respondent, v. ERIE R. CO., Appellant (two cases). (Supreme Court, Appellate Division, Fourth Department. July 6, 1909.) Action by the Western New York & Pennsylvania Traction Company against the Erie Railroad Company. No opinion. Judgment and order affirmed, with costs.

In re WEST 163d ST. IN CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. June 25, 1909.) In the matter of the City of New York, for West 163d Street. With this case has been consolidated in this court cases bearing titles as follows: In re West 162d St. in the City of New York; In re West 161st St. in the City of New York; and In re West 160th St. in the City of New York. No opinions. Motions to dismiss appeals granted, with $10 costs. Orders filed.

WHELPLEY, Respondent, v. HOLCOMB, Appellant. (Supreme Court, Appellate Divi-